**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-20067-002-CM |
| ) | |
| **RONALD LASLEY,** ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

Presently before the court is a motion filed by defendant titled "Take Judicial Notice in the Nature of Rule 201. Judicial Notice of Adjudicative Facts and Administrative Notice; In the Nature of Writ of Error Coram Nobis and Demand for Dismissal for Failure to State the Proper Jurisdiction and Venue" (Doc. 117). Defendant filed a letter as an attachment to his motion, in which he noted that his motion "is not a 2254, 2255, or 60(b), nor any other statutory motions . . . ." (Doc. 117-1 at 1.) Defendant's motion is largely incoherent. The issues raised in defendant's motion were addressed in *United States v. Hobbs*, No. 4:12CR14AGF(MLM), 2012 WL 2458425, at *11–16 (E.D. Mo. May 15, 2012). For the same reasons as the court denied the defendant's motion in *Hobbs*, defendant's motion (Doc. 117) is denied in its entirety.

**IT IS THEREFORE ORDERED** that defendant's motion "Take Judicial Notice in the Nature of Rule 201. Judicial Notice of Adjudicative Facts and Administrative Notice; In the Nature of Writ of Error Coram Nobis and Demand for Dismissal for Failure to State the Proper Jurisdiction and Venue" (Doc. 117) is denied.

Dated this 18th day of October, 2013, at Kansas City, Kansas.

                                                       s/ Carlos Murguia
                                                       **CARLOS MURGUIA**
                                                       **United States District Judge**